**United States District Court**
For the Northern District of California

1
2
3
4                          UNITED STATES DISTRICT COURT
5                        NORTHERN DISTRICT OF CALIFORNIA
6
7    UNITED STATES OF AMERICA,                    No. CR 05-0082 JCS
8                Plaintiff(s),
9         v.                                      **ORDER DISCONTINUING SERVICE BY MAIL**
10   PHOEBE KATZENBACH,
11               Defendant(s).
12   _____/
13
14        A review of the file indicates that counsel has failed to register for electronic service in this E-filing
15   case.  The Court will no longer serve counsel by mail.  If counsel wish to be served with documents
16   generated by the Court, counsel must register pursuant to **Local Rule 5-4** and **General Order 45.**
17        IT IS SO ORDERED.
18
19   Dated:  June 9, 2005
20                                                 /s/ Joseph C. Spero_____
                                                   JOSEPH C. SPERO
21                                                 United States Magistrate Judge
22
23
24
25
26
27
28